U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 DEC -5 PM 2: 20

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>EMILIO GARCIA,<br>a/k/a EMILIO J. GARCIA,<br>EMILIO GARCIA-CAPPAS,<br>Defendant. | Docket No. 5:19-cr-61-1 |

## MOTION TO SEAL INDICTMENT AND ARREST WARRANT

The United States of America, by its attorney, Christina E. Nolan, United States Attorney for the District of Vermont, moves this Court to seal the Indictment, the Arrest Warrant, this motion, any order granting this motion, and the docket sheet in this case, until the defendant's arrest, in order to protect the integrity of the investigation, to protect the safety of the arresting officers and prevent the flight of the defendant.

WHEREFORE, the United States requests that the Court grant this motion to seal the Indictment, Arrest Warrant, this motion, any order granting this motion, and the docket sheet until the arrest of defendant.

Dated at Burlington, in the District of Vermont, this 5th day of December, 2019.

UNITED STATES OF AMERICA

CHRISTINA E. NOLAN
United States Attorney

By: _____
William B. Darrow
Assistant U.S. Attorney
P.O. Box 570
Burlington VT 05402-0570
(802) 951-6725