UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA, )
    Plaintiff, )
)
v. ) Docket No. 5:19-cr-161-1
)
EMILIO GARCIA, )
a/k/a EMILIO J. GARCIA, )
EMILIO GARCIA-CAPPAS, )
    Defendant. )

## **ORDER**

This matter having been presented to the Court by the United States of America, and the Court having considered the MOTION TO SEAL INDICTMENT AND ARREST WARRANT, it is hereby

ORDERED, that the Indictment, Arrest Warrant, Motion to Seal Indictment and Arrest Warrant, this Order, and the docket sheet are hereby sealed until the arrest of the defendant.

Dated at Burlington, in the District of Vermont, this 5th day of December, 2019.

Honorable John M. Conroy
U.S. Magistrate Judge
District of Vermont